# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 10, 2018

Stephen J. Markman,
Chief Justice

156793(52)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

DWAYNE WIGFALL,
        Plaintiff-Appellant,

v

CITY OF DETROIT,
        Defendant-Appellee.
_____/

SC: 156793
COA: 333448
Wayne CC: 15-015620-NO

On order of the Chief Justice, the motion to extend the time for filing the defendant-appellee's supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before August 31, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 10, 2018



Clerk